# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

152752

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARRIN CRAWFORD,
     Defendant-Appellant.
_____/

SC: 152752
COA: 319998
Wayne CC: 13-007629-FC

On order of the Court, the application for leave to appeal the October 13, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

We further ORDER the Wayne Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint Michael J. McCarthy, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court. If the defendant is not indigent, he must retain his own counsel. The parties shall file supplemental briefs within 42 days of the order appointing counsel, or of the ruling that the defendant is not entitled to appointed counsel, addressing whether the failure to administer any oath to the jury following jury selection, but before the beginning of the trial, amounts to plain error requiring reversal. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



Clerk

p0615